UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 97-2167

———————————

In Re: CAROL J. SNYDER,

                                            Debtor.

———————————————————

DAVID BART EDELEN,

                              Plaintiff - Appellant,

          versus

CAROL J. SNYDER,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-97-640-A, BK-95-14268-SSM, AP-96-1005)

———————————

Submitted:  October 23, 1997          Decided:  November 13, 1997

———————————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David Bart Edelen, Appellant Pro Se.  Roy Baxter Zimmerman, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the bankruptcy court's order declaring Appellee's debt to him to be dischargeable in bankruptcy. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Edelen v. Snyder</u>, Nos. CA-97-640-A; BK-95-14268-SSM (E.D. Va. July 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>